1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    AMMIEL CORNISH,                          No. CIV S-10-2921-CMK-P

12              Plaintiff,

13          vs.                                ORDER

14    CORRECTIONS CORPORATION
      OF AMERICA,

15
                Defendant.
16
      _____/
17

18              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

19    42 U.S.C. § 1983.  For cases such as this, which are based on federal question jurisdiction, the

20    federal venue statute requires that the action be brought only in "(1) a judicial district where any

21    defendant resides, if all defendants reside in the same State, (2) a judicial district in which a

22    substantial part of the events or omissions giving rise to the claim occurred, or a substantial part

23    of property that is the subject of the action is situated, or (3) a judicial district in which any

24    defendant may be found, if there is no district in which the action may otherwise be brought."

25    28 U.S.C. § 1391(b).  Here, the claim(s) arose in Florence, Arizona, which is within the

26    boundaries of the United States District Court for the District of Arizona.  Therefore, the court

1

1  finds that this action most appropriately proceeds in that district.  In the interest of justice, the

2  court will transfer this case.  See 28 U.S.C. § 1406(a).

3         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

4  United States District Court for the District of Arizona.

5

6   DATED: November 9, 2010

7

_____

8  **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26